UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANET AVIGNE, et al.,

      Plaintiffs,

v.

THE KROGER CO.,

      Defendant.
_____/

Case No. 22-cv-11889
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiffs, this action is DISMISSED.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126